*Anne P. Mulligan*
Name
*Beans Cafe 1101 E. 3rd Ave*
Mailing address
*Anchorage, AK 99501*
City, State, Zip
*907-764-5945*
Telephone

RECEIVED
APR 17 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

*Anne Patricia Mulligan*,
(Enter full name of plaintiff in this action)

                Plaintiff,

vs.

*Awaic Sheller*,

_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

              Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of *Anne Patricia Mulligan*
(print your name)

who presently resides at *Beans Cafe 1101 E. 3rd Ave. Anchorage, Ak 09501*
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _lenKnown name White female_ is a citizen of
<br>(name)
_Alaska_, and is employed as a _front desk receptionist @ Quaic sholbe_
<br>(state)                                                 (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
<br>(name)
_____, and is employed as a_____.
<br>(state)                                               (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
<br>(name)
_____, and is employed as a_____.
<br>(state)                                               (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:19-cv-00113-RRB   Document 1   Filed 04/17/19   Page 2 of 7

Claim 1: On or about _4/17/2017_, my civil right to
_violation of civil rights_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by _white female @ front desk_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

on 4/17/2017 I drove myself to the
AWAIC shelter after being attacked by
two APD officers officer Roberts + Eldridge.
She explained to me that I needed
medical treatment after I told her
what happened and that I would need
to drive there. so I left and drove to
Regional Hospital

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List <b>only one</b> violation.)
was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** ___✗___ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Anne P. Mulligan_

Defendant(s): _AwAC sheller_

Name and location of court: _Supena Court of Anchorage_

Docket number: _3AN-19-05298CI_  Name of judge: _Enc Eashel_

Approximate date case was filed: _2/2/2019_  Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed __✗__ Still pending

Issues Raised: _violation of civil rights, hate crime_

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _50 Million Dollars_

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $50 million dollars

3. An order requiring defendant(s) to go to jail + PAY restitution

4. A declaration that the woman be remanded to jail

5. Other: that the AWAIC shelter make restitution to the plaintiffs immediated
family including grandchildren uncles, brother, cousins
Plaintiff demands a trial by jury. _X_ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at Anchorage, Alaska          on    4-17-2019
                    (Location)                        (Date)

Anne Patricia Mulligan
            (Plaintiff's Original Signature)


Anne Patricia Mulligan (PRO SE)        4-17-2019
Original Signature of Attorney (if any)       (Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Beans Cafe
1101 E 3rd Ave
Anchorage, AK 99501
Attorney's Address and Telephone Number