# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| ANNE PATRICIA MULLIGAN <br> *Plaintiff* <br> v. <br> AWAIC SHELTER <br> *Defendant* | Civil Action No. 3:19-cv-00113-RRB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Ralph R. Beistline   upon review of  case.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: June 18, 2019

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.